IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONIQUE T. LIGGETT              :        CIVIL ACTION
                                :
            vs.                 :
                                :
MICHAEL J. ASTRUE               :        NO. 08-1913
Commissioner of                 :
Social Security Administration  :

**O R D E R**

**AND NOW**, this  27th  day of  January, 2009, upon consideration of the

plaintiff's request for review and motion for summary judgment, defendant's response and

motion for summary judgment, and plaintiff's response thereto, and after careful review of the

Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, **IT IS**

**ORDERED** that:

1.  Plaintiff's objections to the Report and Recommendation are **OVERRULED**;

2.  the Report and Recommendation is **APPROVED** and **ADOPTED**;

3.  the Plaintiff's Request for Review and motion for summary judgment is

      **DENIED**; and

4.  the Defendant's motion for summary judgment is **GRANTED**.

5.  Judgment is entered in favor of defendant and against plaintiff.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY,      Sr. J.